UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LESLEY COLE and LORNA COLE**                                               **PLAINTIFFS**

V.                                              CIVIL ACTION NO. 1:06CV394 LTS-JMR

**MATTINA INSURANCE AGENCY, INC.;**
**AMFED COMPANIES, LLC; and**
**LEXINGTON INSURANCE COMPANY**                       **DEFENDANTS**

ORDER REMANDING CASE

In accordance with the findings in the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the plaintiffs' motion to remand [5] is hereby **GRANTED**; and

That the clerk of court shall take the steps necessary to return this case to the court from which it was removed.

**SO ORDERED** this 15th day of May, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge